Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD JACKSON, ROSLYN JACKSON and DEAN MELLOM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC., a Delaware corporation, ALIERA HEALTHCARE, INC., a Delaware corporation; TRINITY HEALTHSHARE, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:19-cv-01281-BJR<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>**NOTED ON MOTION CALENDAR: SEPTEMBER 9, 2019** |

Plaintiffs Gerald Jackson, Roslyn Jackson, and Dean Mellom, individually and on behalf of all others similarly situated, and Defendants The Aliera Companies, Inc., formerly known as Aliera Healthcare, Inc., and Trinity Healthshare Inc., through their undersigned attorneys of record, hereby stipulate to a 30 day extension for Defendants to respond to Plaintiffs' Complaint filed on August 14, 2019. Defendants' response is due October 10, 2019.

DATED: September 9, 2019.

/s/ *Genevieve Vose Wallace*
Genevieve Vose Wallace (WSBA #38422)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800

/s/ *Richard E. Spoonemore* (w/permission)
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA # 26478)
SIRIANNI YOUTZ SPOONEMORE

| | |
|---|---|
| Seattle, WA 98101<br>Phone: (206) 516-3880<br>Email: gwallace@susmangodfrey.com<br><br>*Attorney for Defendant The Aliera Companies, Inc., formerly known as Aliera Healthcare, Inc.*<br><br><br>/s/ Curt Roy Hineline *(w/permission)*<br>Curt Roy Hineline (WSBA #16317)<br>James R. Morrison (WSBA #43043)<br>BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3600<br>Seattle, WA 98104<br>Phone: (206) 332-1101<br>Email: chineline@bakerlaw.com<br>Email: jmorrison@bakerlaw.com<br><br>*Attorneys for Defendant Trinity Healthshare, Inc.* | HAMBURGER PLLC<br>3101 Western Avenue, Suite 350<br>Seattle, WA 98121<br>Tel. (206) 223-0303; Fax (206) 223-0246<br>Email: rspoonemore@sylaw.com<br>Email: ehamburger@sylaw.com<br><br>Michael David Myers (WSBA #22486)<br>Samantha Lin (WSBA No. 50782)<br>MYERS & COMPANY, PLLC<br>1530 Eastlake Avenue East<br>Seattle, WA 98102<br>Tel. (206) 398-1188; Fax (206) 400-1115<br>Email: mmyers@myers-company.com<br>Email: slin@myers-company.com<br><br>*Attorneys for Plaintiffs*<br>*Gerald Jackson, Roslyn Jackson,*<br>*Dean Mellom* |

*STIPULATED MOTION EXTENDING DEFENDANTS'*
*TIME TO RESPOND TO COMPLAINT - Page 2 of 4*
Case No. 2:19-cv-01281-BJR

iManage\02492\016511\6829961.v2-9/6/19

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

# ORDER

IT IS SO ORDERED.

Dated this 10th day of September, 2019.

*[signature: Barbara J. Rothstein]*
Barbara J. Rothstein
United States District Judge

**Presented by:**

/s/ Genevieve Vose Wallace
Genevieve Vose Wallace (WSBA #38422)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Email: gwallace@susmangodfrey.com

*Attorney for Defendant The Aliera Companies, Inc., formerly known as Aliera Healthcare, Inc.*

/s/ Curt Roy Hineline (w/permission)
Curt Roy Hineline (WSBA #16317)
James R. Morrison (WSBA #43043)
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 332-1101
Email: chineline@bakerlaw.com
Email: jmorrison@bakerlaw.com

*Attorneys for Defendant Trinity Healthshare, Inc.*

/s/ Richard E. Spoonemore (w/permission)
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA # 26478)
SIRIANNI YOUTZ SPOONEMORE
HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0246
Email: rspoonemore@sylaw.com
Email: ehamburger@sylaw.com

Michael David Myers (WSBA #22486)
Samantha Lin (WSBA No. 50782)
MYERS & COMPANY, PLLC
1530 Eastlake Avenue East
Seattle, WA 98102
Tel. (206) 398-1188; Fax (206) 400-1115
Email: mmyers@myers-company.com
Email: slin@myers-company.com

*Attorneys for Plaintiffs*
*Gerald Jackson, Roslyn Jackson, Dean Mellom*

STIPULATED MOTION EXTENDING DEFENDANTS'
TIME TO RESPOND TO COMPLAINT - Page 3 of 4
Case No. 2:19-cv-01281-BJR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

iManage\02492\016511\6829961.v2-9/6/19