The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD JACKSON, ROSLYN JACKSON, DEAN MELLOM, JON PERRIN AND JULIE PERRIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC., a Delaware corporation; ALIERA HEALTHCARE, INC., a Delaware corporation; TRINITY HEALTHSHARE, INC., a Delaware corporation,<br><br>Defendants. | NO. 2:19-cv-01281-BJR<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Plaintiffs withdraw their Motion for Class Certification, Docket No. 71 filed on July 13, 2020.

NOTICE OF WITHDRAWAL OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 1
[Case No. 2:19-cv-01281-BJR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

DATED: August 31, 2020.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

<u>  /s/ Eleanor Hamburger                    </u>
Eleanor Hamburger (WSBA # 26478)
Richard E. Spoonemore (WSBA #21833)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0246
Email: ehamburger@sylaw.com
           rspoonemore@sylaw.com
*Attorneys for Plaintiffs*

MYERS & COMPANY, PLLC
Michael David Myers (WSBA #22486)
Samantha Lin (WSBA #50782)
1530 Eastlake Avenue East
Seattle, WA 98102
Tel. (206) 398-1188; Fax (206) 400-1115
Email: mmyers@myers-company.com
           slin@myers-company.com
*Attorneys for Plaintiffs*

NOTICE OF WITHDRAWAL OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 2
[Case No. 2:19-cv-01281-BJR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303  FAX (206) 223-0246

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Jay Angoff**
  jangoff@findjustice.com
- **Ronan Patrick Doherty**
  doherty@bmelaw.com, christensen@bmelaw.com
- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, stacy@sylaw.com, theresa@sylaw.com
- **Curt Roy Hineline**
  chineline@bakerlaw.com, jhickman@bakerlaw.com
- **Richard L. Jolly**
  rjolly@susmangodfrey.com, eball@susmangodfrey.com
- **Samantha Lin**
  slin@myers-company.com
- **Cyrus Mehri**
  cmehri@findjustice.com, pleadings@findjustice.com
- **James Raymond Morrison**
  jmorrison@bakerlaw.com, jhickman@bakerlaw.com
- **Michael David Myers**
  mmyers@myers-company.com, slin@myers-company.com, tpak@myers-company.com
- **Robert H. Rutherford**
  robert.rutherford@burr.com
- **Edgar Guy Sargent**
  esargent@susmangodfrey.com, ecf-4811d219bf44@ecf.pacerpro.com, paris-jimenez-2434@ecf.pacerpro.com, pjimenez@susmangodfrey.com, ecf-226e044d1c76@ecf.pacerpro.com
- **Elizabeth B. Shirley**
  bshirley@burr.com
- **Richard E. Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, stacy@sylaw.com, theresa@sylaw.com
- **Genevieve Vose Wallace**
  gwallace@susmangodfrey.com, jgrounds@susmangodfrey.com, genevieve-wallace-4415@ecf.pacerpro.com, ecf-009165bc539e@ecf.pacerpro.com

DATED: August 31, 2020, at Seattle, Washington.

*/s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA # 26478)
Email: ehamburger@sylaw.com

NOTICE OF WITHDRAWAL OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 3
[Case No. 2:19-cv-01281-BJR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246