HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD JACKSON, ROSLYN JACKSON, DEAN MELLOM, JON PERRIN, and JULIE PERRIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE ALIERA COMPANIES, INC., a Delaware corporation; ALIERA HEALTHCARE, INC., a Delaware corporation; TRINITY HEALTHSHARE INC., a Delaware corporation,<br><br>    Defendants. | NO. 2:19-CV-01281-BJR<br><br>**ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS** |

    Before the Court is Defendants The Aliera Companies Inc.'s and Trinity Healthshare, Inc.'s unopposed Motion for Re-Entry of Order Compelling Arbitration in the above-referenced cause.

    The Court re-enters the October 6, 2020 Order, Dkt. No. 131, compelling arbitration as to Plaintiffs Gerald Jackson, Roslyn Jackson, and Dean Mellom, staying this matter pending

arbitration, and vacating the July 20, 2020 Order, Dkt. No. 90.

      DATED this 20th day of November 2020.

                                                  Barbara Jacobs Rothstein
                                                  U.S. District Court Judge