UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKSON, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>THE ALIERA COMPANIES, INC., *et al*.<br><br>    Defendants. | Case No.: 19-cv-01281-BJR<br><br>ORDER REGARDING MOTION TO LIFT STAY AND MOTION TO WITHDRAW AS COUNSEL |

Currently before the Court are Plaintiffs' Motion to Lift Stay (Dkt. No. 143) and a motion to withdraw as counsel filed by the attorneys for Defendant The Aliera Companies Inc. ("Aliera") (Dkt. No. 146). The Court held a telephone conference regarding the motions, a portion of which was held *in camera*, on October 6, 2021. The Court now rules on the motions as follows:

In late 2020, this Court stayed the proceedings in this matter pending arbitration. On September 2, 2021, the arbitrator in *The Matter of the Arbitration between Gerald and Roslyn Jackson, et al. v. The Aliera Companies, Inc., at al.*, American Arbitration Association Case No. 01-21-0001-0892, entered an Arbitration Award dismissing the arbitration for lack of jurisdiction and returning it to proceed in this Court. Thereafter, Plaintiffs moved to lift the stay of the

proceedings in this Court. Having reviewed the motion and heard the parties' arguments, the Court HEREBY GRANTS the motion and the stay on the proceedings in this case as it relates to Aliera is lifted effective immediately.

Further, the Court rules on defense counsel's motion to withdraw as the attorneys for Aliera as follows. The Court GRANTS the motion with the proviso that defense counsel shall continue to represent Aliera for fifteen (15) days from the date of this order to allow Aliera time to retain substitute counsel. At the expiration of the fifteen (15) day period, defense counsel is released of any obligation to Aliera with respect to this case, regardless of whether substitute counsel has made an appearance in this matter.

Dated this 6th day of October 2021.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge