AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| GERALD JACKSON, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:19-cv-01281-BJR |
| THE ALIERA COMPANIES, INC., et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that plaintiffs GERALD JACKSON and ROSLYN JACKSON, recover from the defendant THE ALIERA COMPANIES, INC. the amount of twelve thousand five hundred eighty-two dollars ($12,582.00) plus post judgment interest at the rate of 0.15% per annum.

The court has ordered that plaintiff DEAN MELLOM recover from the defendant THE ALIERA COMPANIES, INC. the amount of three thousand six hundred ninety-two dollars ($3,692.00) plus post judgment interest at the rate of 0.15% per annum.

The court has ordered that plaintiffs JON PERRIN and JULIE PERRIN, recover from the defendant THE ALIERA COMPANIES, INC. the amount of seven thousand six hundred seven dollars and ninety-two cents ($7,607.92) plus post judgment interest at the rate of 0.15% per annum.

The court has ordered that the Class certified in this action recover from the defendant THE ALIERA COMPANIES, INC. the amount of twenty-one million, three hundred fifty-two thousand, eight hundred twenty-seven dollars and eight cents ($21,352,827.08) plus post judgment interest at the rate of 0.15% per annum.

This action was decided by Judge Barbara R. Rothstein on a motion for default.

Date: November 11, 2021                              CLERK OF COURT

                                                    */s* Ravi Subramanian
                                                    *Signature of Clerk or Deputy Clerk*