# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| GERALD JACKSON, ET AL. | VS | THE ALIERA COMPANIES, INC., ET AL. | 2:19-CV-01281-BJR |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **KEVIN S. DUNN**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 12/06/2021

**Service:** I served **THE ALIERA COMPANIES, INC. f/k/a ALIERA HEALTHCARE, INC.**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **JUDGMENT IN A CIVIL ACTION;**

by leaving with **AMY MCLAREN (MANAGING AGENT)** At
NAME                                                         RELATIONSHIP

☐ Residence
ADDRESS                                                      CITY / STATE

☒ Business  **C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801**
ADDRESS                                                      CITY / STATE

On **12/06/2021** AT **2:45 PM**
DATE                                                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY          STATE          ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of **18** and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                     DATE    TIME         DATE    TIME
(3) _____ (4) _____ (5) _____
DATE  TIME       DATE  TIME      DATE  TIME

AGE **40**   Sex **FEMALE**   Race **WHITE**   Height **5'5**   Weight **130**   HAIR **BROWN**

SIGNATURE OF PROCESS SERVER
KEVIN S. DUNN

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this **6TH** day of **DECEMBER**, ~~2021~~

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **DELAWARE**

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS